The relief described hereinbelow is SO ORDERED

Done this 12th day of October, 2017.

*Dwight H. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge



___

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO: 17-32427-DHW-13 |
| MICHAEL INGRAM and | * | |
| SHANNA CHILDERS INGRAM, | * | CHAPTER 13 |
| DEBTORS. | * | |

### AGREED ORDER ON OBJECTION TO CONFIRMATION

This case having come before the court on the Objection to Confirmation of First Associates Loan Servicing, LLC as servicing agent for Yamaha Motor Financial Corporation, LLC (Doc. #17). The undersigned agree and move that the automatic stay be terminated on the date of the **ORDER** below to permit First Associates Loan Servicing, LLC as servicing agent for Yamaha Motor Financial Corporation, LLC to foreclose or otherwise proceed against the following property securing the debt of the Debtors to Creditor. The parties having advised the Court that the Debtors have no equity in the collateral, that the collateral is not necessary for an effective reorganization of the Debtors' estate and that surrender is in the best interest of the Debtors, and that relief from stay is otherwise proper, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The automatic stay provided under 11 U.S.C. §362 is hereby terminated with respect to the following collateral:

   **2017 Yamaha EX1050B-SA**

2. First Associates Loan Servicing, LLC as servicing agent for Yamaha Motor Financial Corporation, LLC may proceed with its applicable non-bankruptcy remedies.

3. By consent of the parties the provisions of Rule 4001(a)(3) are waived and relief from the automatic stay shall be effective immediately.

4. Any secured claim filed by First Associates Loan Servicing, LLC as servicing agent for Yamaha Motor Financial Corporation, LLC is hereby reduced to the amount paid, with a balance of zero, and First Associates Loan Servicing, LLC as servicing agent for Yamaha Motor Financial Corporation, LLC has leave to file for a deficiency balance, if applicable.

### END OF ORDER ###

Consented to by:

/s/ Sabrina L. McKinney
Sabrina L. McKinney, Chapter 13 Standing Trustee

/s/ Richard D. Shinbaum
Richard D. Shinbaum, Esq.
Attorney for Debtors
P.O. Box 201
Montgomery, AL 36101

/s/ Michael A. Harrison
Michael A. Harrison, Esq.
Attorney for Creditor
P O Box 360345
Birmingham, AL 35236

This Consent Order prepared by:
Michael A. Harrison
**KEY, GREER, HARRISON & CASEY**
Post Office Box 360345
Birmingham, Alabama 35236-0345
(205) 987-2211