IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| IN RE: | Michael Ingram | CHAPTER 13 |
| | Shanna Childers Ingram | CASE NO. 17-32427 |
| | Debtor(s). | |

## OBJECTION TO CONFIRMATION

COMES NOW Republic Finance, LLC., by and through counsel, and objects to the Confirmation of the Debtor's Plan for the following reasons:

1. The Debtor's has undervalued the collateral and the claim should be secured for more than it is currently proposed in the Plan.

2. The Debtors sold property which they pledged to Republic Finance, LLC., to secure the loan.

3. The Plan was filed in bad faith.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan for the above reasons, as well as any other reason that could be brought out at an Evidentiary Hearing.

      /s/ Richard C. Dean, Jr.
      Attorney for Republic Finance, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
334-264-2896
BGA

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Michael Ingram | Richard D. Shinbaum, Esq. | Sabrina L. McKinney, Esq. |
| Shanna Childers Ingram | P.O. Box 201 | Chapter 13 Trustee |
| 102 Todd Road | 566 South Perry St. | P.O. Box 173 |
| Deatsville, AL 36022 | Montgomery, AL 36101-0201 | Montgomery, AL 36101 |

      /s/ Richard C. Dean, Jr.
      OF COUNSEL