UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
|   MICHAEL INGRAM | ) |
|   SHANNA CHILDERS INGRAM | ) CASE NO. 17-32427-DHW-13 |
|     Debtor(s). | ) |

## OBJECTION TO CONFIRMATION

Now comes GUARDIAN CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit: 2004 FORD F-250, 2013 FORD EXPLORER and 2010 POLARIS RANGER RAZOR.

2. The plan fails to provide an appropriate risk adjusted interest rate to be paid on the secured claims of this creditor as required by 11 U.S.C. Section 1325(a)(5)(B)(ii). The plan proposes to pay interest on this creditor's claims at a rate of 5%. The current prime rate of interest is 4.25%; therefore, an appropriate risk adjusted rate should be between 5.25% and 7.25%.

3. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5). The plan fails to make a secured provision for Court Claim #8 filed in the amount of $6,467.15 which is secured by the 2010 Polaris Ranger Razor.

4. The plan impermissibly attempts to bifurcate and cram down the secured claim of this creditor in violation of 11 U.S.C. Sections 1325(a)(5) and 506. The plan attempts to value the collateral securing Court Claim #6, one 2004 Ford F-250 which was purchased 583 days prior to filing.

WHEREFORE, GUARDIAN CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

GUARDIAN CREDIT UNION

By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this October 13, 2017.

SABRINA L. MCKINNEY
Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101

RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
PO BOX 201
MONTGOMERY AL 36101

MICHAEL INGRAM
SHANNA CHILDERS INGRAM
102 TODD ROAD
DEATSVILLE AL 36022

/s/ Leonard N. Math